UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIGHLAND COMMERCIAL** | * | |
| **CONSTRUCTION, INC.** | * | CIVIL ACTION NO. |
|     **Plaintiff** | * | |
| | * | |
| versus | * | JUDGE |
| | * | |
| **BLUE CLIFF CAREER** | * | MAGISTRATE |
| **COLLEGE, INC.** | * | |
|     **Defendant** | * | JURY DEMAND |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR BREACH OF CONTRACT**

The Complaint of **HIGHLAND COMMERCIAL CONSTRUCTION, INC.**, a Louisiana corporation domiciled and having its principal place of business in Jefferson, Louisiana, respectfully represents the following:

1.

Made Defendant herein is: **BLUE CLIFF CAREER COLLEGE, INC.**, a foreign business corporation domiciled in Mobile, Alabama, which has been and is doing business in Jefferson Parish within the jurisdiction of this Court.

2.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the dispute is between parties who are diverse, as noted above, and the amount in controversy exceeds $75,000 in value, exclusive of interest and costs.

3.

Defendant is truly and justly indebted to Highland in the full amount owed of **SIX-HUNDRED-AND-TWENTY-THREE-THOUSAND, FOUR-HUNDRED-AND-SEVENTY-**

**FOUR DOLLARS, AND SEVENTY-ONE CENTS ($623,474.71)** together with legal interest thereon, reasonable attorney fees, and all court costs incurred in these proceedings.

4.

On or about June 29, 2022, Blue Cliff and Highland executed an Agreement outlining the scope of work to be done by Highland for Blue Cliff (the Project). The Project involved a commercial buildout by Highland of a property leased by Blue Cliff located at 3908 Veterans Memorial Highway in Metairie, Louisiana. The Agreement proposed a total amount due for such work of $1,526,032.82. A copy of this Agreement is attached hereto as Exhibit A. This Agreement was modified by five change orders, authorized by the parties, resulting in a total net increase of $29,381.49, for a new contract sum of $1,558,362.31. *See* Exhibit B.

5.

The total contract sum of $1,558,362.31 was to be paid by Blue Cliff in five installments, plus a retainage due upon completion of the work.

6.

The fourth payment application in the amount of $616,982.79 was approved by Blue Cliff on November 30, 2022, and set for payment due on December 10, 2022, but was not timely paid. Only after numerous follow up calls and emails, and ultimately involvement by undersigned counsel for Highland, Blue Cliff paid Highland $300,000 toward this outstanding amount on January 14, 2023; however, $316,982.79 remains outstanding.

7.

The fifth payment application in the amount of $149,826.02 was submitted to Blue Cliff and was due for payment on January 5, 2023; however, Blue Cliff has not paid any portion this payment.

8.

Highland completed work on the Project on January 5, 2023; triggering the $156,665.90 retainage owed by Blue Cliff to Highland; however, Blue Cliff has not paid any portion of this payment.

9.

Blue Cliff has repeatedly commended Highland on the quality and timeliness of its work on the Project, and has confirmed its acceptance of the job in writing (January 19, 2023 email from Brent Mills, Exhibit C).

10.

Highland has made numerous requests to Blue Cliff for payment, both orally and in writing. Highland first put Blue Cliff in default pursuant to Louisiana Civil Code article 1991 with respect to the past due payment of $616,982.79 on December 13, 2022, via email, wherein Highland requested performance of Blue Cliff's obligation to pay such amount (Exhibit D).

11.

Highland placed Blue Cliff in default pursuant to Louisiana Civil Code article 1991 with respect to the past due payments of $149,826.02 and $156,665.90 on January 5, 2023, via email, wherein Highland requested performance of Blue Cliff's obligation to pay such amounts (Exhibit E).

12.

On January 6, 2023, undersigned counsel on behalf of Highland made formal demand on Blue Cliff for payment of all of the outstanding bills, which at the time totaled $923,474.71 (Exhibit F).

13.

Highland, both through its owners and undersigned counsel, have repeatedly requested payment by Blue Cliff. Despite repeated assurances by Blue Cliff through its owner, Brent Mills, no further payments have been made (See attached Emails, Exhibit G).

14.

To date, Blue Cliff has failed to fulfill its contractual obligations under the Agreement and the Change Orders, despite repeated demand for payment of the $623,474.71 by Highland and repeated responses by Blue Cliff that they were going to pay Highland all amounts owed to Highland, as well as Highland's attorney fees and expenses as Highland "deserved to get paid". More particularly, Brent Mills has repeatedly acknowledged and thanked Highland for the good work it performed on an expedited basis and has repeatedly assured Highland that payment was forthcoming, yet such has not occurred.  Brent Mills has further asserted that Blue Cliff would pay all of Highland's costs and legal fees, because the delay is solely Blue Cliff's responsibility.

15.

As a result of Blue Cliff's failure to perform its contractual obligations, Highland has sustained damages for the delay under Louisiana Civil Code article 1989, as the failure of Blue Cliff to pay Highland has created business problems for Highland with its subcontractors and its ability to undertake other jobs.

**WHEREFORE**, **HIGHLAND COMMERCIAL CONSTRUCTION, INC.**, prays that a certified copy of this Complaint be served upon the Defendant, **BLUE CLIFF CAREER COLLEGE, INC.**, and that it be duly cited to appear and answer the same, and that, after all legal delays and due proceedings are had, there be judgment rendered herein in favor of Highland Commercial Construction, Inc. and against Defendant in the full amount of **SIX-HUNDRED-AND-**

**TWENTY-THREE-THOUSAND, FOUR-HUNDRED-AND-SEVENTY-FOUR DOLLARS, AND SEVENTY-ONE CENTS ($623,474.71)**, in addition to moratory damages, attorney fees together with legal interest thereon and all court costs incurred in these proceedings, and subject to Plaintiff's right to amend this Complaint and assert claims for additional and future amounts that may come due, and for all other general and equitable relief to which Plaintiff may be entitled.

        Respectfully submitted,

        NALLEY, DEW & MINER
        A Professional Law Corporation

        _____
        GEORGE J. NALLEY, JR.     (9883)
        2450 Severn Ave., Suite 100
        Metairie, LA  70001
        P: (504) 838-8188
        F: (504) 838-0008
        george@gnalley.com
        *Attorney for Highland Commercial Construction, Inc.*