UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIGHLAND COMMERCIAL CONSTRUCTION, INC. | * * | CIVIL ACTION NO. 2:23-cv-543 |
| Plaintiff | * * | |
| versus | * * | JUDGE LANCE M AFRICK |
| EDUCATION MANAGEMENT, INC. d/b/a BLUE CLIFF COLLEGE | * * | MAGISTRATE VAN MEERVELD |
| Defendant | * * | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

1. **Listing of all parties:**
   **Highland Commercial Construction, Inc. ("Highland")**
   George Nalley (9883)
   Nalley, Dew & Miner, APLC
   2450 Severn Ave., Suite 100
   Metairie, LA 70001

   **Education Management, Inc.**
   Sessions (Ault) Hootsell III (17630)
   Butler Snow LLP
   201 Saint Charles Ave Ste 2700
   New Orleans, LA 70170-2700

   Joshua McDiarmid (35238)
   Butler Snow, LLP
   445 North Boulevard, Suite 300
   Baton Rouge, LA 70802

   Mamie Ling
   Armstrong Teasdale, LLP
   4643 South Ulster Street
   Suite 800
   Denver, CO 80237

2. **Listing of any motions pending**
   There are no motions currently pending.

1

3. **Dates and Times of any status conference, pretrial and trial set in the case**
   Pre Trial Conference – November 13, 2023 at 2:00 p.m.
   Trial – December 11, 2021 at 8:30 a.m. – 2 Days

4. **Brief description of the factual and legal issues underlying the dispute**

   **Plaintiff – Highland Commercial Construction, Inc.**
   This lawsuit is a simple breach of contract case under Louisiana law. Highland is a local general contractor owned and operated by Kenny and Paula Laborde, which has operated in Metairie, Louisiana for the past 30 years. Their work primarily involves the internal buildout of commercial office buildings. In the summer of 2022, they were contacted by representatives of Blue Cliff College and asked for a proposal to build out a new location for Blue Cliff College at the intersection of Veterans Highway and Cleary Avenue in Metairie. Blue Cliff is a for profit trade school for cosmetologists, massage therapy, etc. Blue Cliff already operates multiple schools around the country, including in the state of Louisiana. Blue Cliff is a trade name with the operations actually being owned and operated by Education Management, Inc.

   Blue Cliff retained Steinmetz & Associates, architects, to design and oversee this project. After reviewing the plans and site location, Highland submitted a bid for $1,526,032.82. On June 29, 2022 following a phone conversation among Kenny Laborde, Brent Mills (CEO) and Reginald Moore from Blue Cliff, Mr. Mills accepted the bid by Highland and Mills directed Moore with Blue Cliff to execute the contract which was done on June 29, 2022. The contract was subsequently amended to include additional work at a cost of $29,381.49, thus bringing the total contract price to $1,558,362.31.

   Shortly thereafter Highland began working on the project. During the course of the project Blue Cliff, through Mr. Mills and others, repeatedly requested that the work be done on an expedited basis, as Blue Cliff was attempting to open the new facility in January for the Spring semester. Highland Construction, through both its own employees and its subcontractors, worked diligently to expedite the completion of this project to facilitate that request, including extensive overtime without billing Blue Cliff extra for those overtime hours to fulfill Blue Cliff's request.

   During the course of the job, Highland's work was regularly overseen and inspected by the managing architects, who approved the work at every phase.

   The construction was completed pursuant to Jefferson Parish Building and Construction Codes as of December 1, 2022 with a Certificate of Completion issued that same day. This project was then completed by Highland on or about January 4, 2023 with a final punch list being prepared by Blue Cliff as the result of a walk through with Kenny Laborde. That punch list was completed on or about January 11, 2023.

On January 19, 2023, Brent Mills, who upon information and belief is the CEO and Owner of Education Management, personally toured the facilities and specifically advised undersigned counsel he found the job to be:

> "acceptable. I expect to have a date certain for the next payment of around $400K in the next day or so and will advise. We're also making arrangements for the remaining balance thereafter and should have that sewn up shortly. Please express our sincere thanks to your clients and the subs. We appreciate their work product and now payment patience." (See January 19, 2023 email by Brent Mills to undersigned counsel)

During the course of the work, Highland submitted its interim invoices with the first two for $121,759.49 and $110,359.45, dated September 20, 2022 being reviewed and approved by the architect and then paid by Blue Cliff. The third invoice, dated October 20, 2022, for $397,536.50 was paid on November 3, 2022.

On or about November 21, 2022 Highland submitted its fourth invoice for $616,982.79, which was not paid, resulting in undersigned counsel's involvement. After multiple conversations and emails by undersigned counsel to Blue Cliff and particularly with Brent Mills of Education Management, Blue Cliff made a partial payment of $300,000 on or about January 9, 2023, leaving a balance owed on that invoice of $316,982.79.

On December 30, 2022, Highland submitted Request for Payment #5 for $149,826.02. In addition, the completion of the job triggered the request for payment of the 10% retainage of the earlier invoices, thus a final invoice for $156,665.90. No further payments have been made since the interim $300,000, thus leaving a balance owed to Highland by Blue Cliff and Education Management of $623,474.71.

After Highland had fully completed the job, undersigned counsel had several telephone conversations with Brent Mills. In addition to him explaining to undersigned counsel how wealthy he was, how much travel he did, how many colleges he owned around the country, etc., he repeatedly commended Highland on what an excellent job they had done on this project and how he was working to put the cash together to pay Highland for what he owed them. He repeatedly assured undersigned counsel that Highland and its subs would be paid in full because they had done an excellent job and he knew they had worked hard to complete the job in a timely fashion for him. Mr. Mills even assured undersigned counsel that Blue Cliff would pay all of Highland's legal fees, since "none of this is on them".

As of this time, although Blue Cliff appears to have the funding to hire 2 high priced law firms, one from New Orleans and one from Denver with at least 4 lawyers involved, they have yet to make any further payments to Highland Construction.

On June 6, 2023, undersigned counsel was contacted by Ms. Ling from the Denver law firm to discuss the case and she proposed that Highland accept $425,000 in full payment for this job, which was rejected. However, in that conversation, undersigned counsel requested the basis for such an offer and was advised by Ms. Ling that Blue Cliff contended

that some of the work either was not done by Highland and/or was not done properly. Undersigned counsel specifically refuted that assertion and requested that Blue Cliff forward a list of any items that they were contending had either not been completed and/or were not performed correctly. Blue Cliff did not send any such list to undersigned counsel, so we followed back up with them on June 16, 2023, again requesting a specific list of any items Blue Cliff was contending had not been performed and/or not performed correctly. To date no such list has been submitted by Blue Cliff, which Highland contends is because no such items exist.

Notably, even after doing his own personal walk through, Mr. Mills never mentioned any incomplete or incorrectly done aspects of the job, which was not even mentioned until after the lawyers got involved for Blue Cliff.

In conclusion, Highland was asked to bid on a job and did so. Education Management doing business as Blue Cliff College accepted that proposal and repeatedly commented favorably on both the timeliness and the quality of the work performed, yet has failed to pay Highland over $623,000, much of which is owed to not only Highland but a multitude of subcontractors, most of whom are local family owned businesses.  It should also be noted that Highland and the subs have actually expended large sums of their own money to purchase materials and pay labor to perform the work for which Blue Cliff has refused to pay. Accordingly, Highland expects to be paid not only the full contract price, but interest and its attorney fees for pursuing this claim, which has now been dragged out for over 6 months beyond the payment date, despite repeated assurances by Mr. Mills that he would pay Highland in full, including all of its attorneys fees.

5. **Listing of any discovery which remains to be done**
   Highland anticipates that it will depose one or two representatives of Education Management, which can be completed in less than a day. Other than that, Highland is prepared to proceed to trial.

6. **Description of the status of any settlement negotiations**
   The only settlement negotiations that have taken place was an offer by Mamie Ling on June 6, 2023, when she proposed that Highland accept $425,000, which would have resulted in a loss of Highland and its subcontractors of over $200,000, and was rejected.

Respectfully submitted,

NALLEY, DEW & MINER
A Professional Law Corporation

_____
GEORGE J. NALLEY, JR.                    (9883)
Suite 100
2450 Severn Avenue
Metairie, LA  70001
(504) 838-8188

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 29th day of June, 2023 served a copy of the foregoing pleading on counsel for all parties to this proceeding by email, facsimile, and/or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
NALLEY AND DEW, APLC