UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIGHLAND COMMERCIAL CONSTRUCTION, INC., <br><br>    Plaintiff, <br><br> versus <br><br> EDUCATION MANAGEMENT, INC. d/b/a BLUE CLIFF COLLEGE, <br><br>    Defendant. | CIVIL ACTION NO. 2:23-cv-543 <br><br> Section "I" (1) <br><br> JUDGE LANCE M. AFRICK <br><br> MAG. JUDGE VAN MEERVELD |

**EDUCATION MANAGEMENT, INC.'S STATUS REPORT**

Defendant, Education Management, Inc. (hereinafter "Education Management"), through its undersigned counsel hereby submits its Status Report, and states as follows:

**1.      Listing of All Parties and Counsel:**

Plaintiff Highland Commercial Construction, Inc.
George Nalley
Nalley, Dew & Miner, APLC
2450 Severn Ave., Suite 100
Metairie, LA 70001
(504) 838-8188

Defendant Education Management, Inc.

| | |
|---|---|
| William M. Ojile (*pro hac vice*) <br> Mamie Ling (*pro hac vice*) <br> Armstrong Teasdale LLP <br> 4643 South Ulster Street, Suite 800 <br> Denver, Colorado 80237 <br> Telephone: (720) 200-0676 <br> Fax: (720) 200-0679 <br> bojile@atllp.com <br> mling@atllp.com | S. Ault Hootsell III, T.A. (Bar No. 17630) <br> Butler Snow LLP <br> 201 St. Charles Avenue, Suite 2700 <br> New Orleans, Louisiana 70170 <br> Tel: (504) 299-7752 <br> Ault.Hootsell@butlersnow.com <br><br> Joshua G. McDiarmid (Bar No. 35238) <br> 445 North Boulevard, Suite 300 <br> Baton Rouge, Louisiana 70802 <br> Phone: (225) 325-8700 <br> Facsimile: (225) 325-8000 <br> josh.mcdiarmid@butlersnow.com |

2. **Listing of Pending Motions**

There are no pending motions at this time.

3. **Dates and Times of Status Conferences, Pretrial Conference, and Trial**

   a. Telephone status conference is scheduled for July 18, 2023 at 10:30 a.m.
   b. The Final Pretrial Conference is set for November 13, 2023 at 2:00 p.m.
   c. Trial will commence on December 11, 2023 at 8:30 a.m.

4. **Brief Description of Factual and Legal Issues**

Plaintiff Highland Commercial Construction, Inc. ("Highland") submitted a bid to perform the buildout of the Blue Cliff educational campus ("Project"), which was signed on June 29, 2022. Highland has also asserted that the AIA contract is also valid and applicable to the Project, dated July 5, 2022. Highland has made five applications and certificates for payment under the AIA Agreement. The first three have been paid. At issue are the remaining two applications and certificates for payment, and Highland's request for payment of the ten percent retainage. On or about March 21, 2023, a payment was made to I.T.S. Fire Alarm Security, LLC for $17,170.81.

After an initial walk through, it has been discovered there are several issues with the Project and the work performed by Highland and its subcontractors. Further, the punch list items have not been completed. The issues include, but are not limited to, the finish work of the metal plates on the bathroom doors as they are not flush with the door, which have caused cuts to those using the doors. The cutting stations are missing portions of the mirror frames, as Highland refused to install or turn over those parts. There was no ventilation cut into the laundry room, and Highland did not indicate this would be an issue during the Project. All doorknobs have had to be replaced as they were of poor quality, had broken, or the keys were not compatible. The incorrect doors were installed for the offices. There are issues regarding the ventilation in the nail salon and flow of air, which Highland did not raise during the Project. Most significantly is the electrical issue, which has caused an outlet to burn, the breakers to constantly trip, and the HVAC to perform poorly. An outlet burned after a phone charger was plugged in. Highland has taken the position that this was not a problem, and the issue was the phone charger. Blue Cliff is a cosmetology and massage therapy school.

Despite these issues, and a failure to complete punch list items, Highland continues to demand full payment for its work. Highland's damages should be offset by any repairs that have already been made and those that will need to be made.

5. **Listing of Discovery to be Completed**

Education Management anticipates it will issue written discovery to Highland. Education Management anticipates it will depose representatives of Highland, and potentially the subcontractors that performed electrical work and installed the HVAC system.

6. **Description of Status of Settlement Negotiations**

Pursuant to F.R.E. 408, Education Management has made a settlement offer that takes into account the issues and repair work that must be completed. However, Highland has rejected the offer. Education Management is gathering additional information based upon Plaintiff's position regarding various issues before continuing with any further settlement discussions.

Respectfully submitted this 11th day of July, 2023.

/s/ Mamie Ling
William M. Ojile (*pro hac vice*)
Mamie Ling (*pro hac vice*)
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Fax: (720) 200-0679
bojile@atllp.com
mling@atllp.com

S. Ault Hootsell III, T.A. (Bar No. 17630)
Butler Snow LLP
201 St. Charles Avenue, Suite 2700
New Orleans, Louisiana 70170
Tel: (504) 299-7752
Ault.Hootsell@butlersnow.com

Joshua G. McDiarmid (Bar No. 35238)
445 North Boulevard, Suite 300
Baton Rouge, Louisiana 70802
Phone: (225) 325-8700
Facsimile: (225) 325-8000
josh.mcdiarmid@butlersnow.com

*Attorneys for Defendant Education Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2023, a true and correct copy of the foregoing **EDUCATION MANAGEMENT, INC.'S STATUS REPORT** was filed with the Court using the CM/ECF system which will send notification of such filing to the following parties and counsel registered through ECF:

George Nalley
Nalley, Dew & Miner, APLC
2450 Severn Ave., Suite 100
Metairie, LA 70001
(504) 838-8188

*/s/ Mamie Ling*
Mamie Ling