UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIGHLAND COMMERCIAL CONSTRUCTION, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-543** |
| **EDUCATION MANAGEMENT, INC.** | **SECTION: "I" (1)** |

This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Janis van Meerveld and counsel are thanked for their assistance.

New Orleans, Louisiana, this 28th day of August, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE